■ JOHN J. WARREN, Plaintiff, v LAWRENCE ELLIS, III, et al., as Trustees under the Will of LAWRENCE R. ELLIS, JR., Deceased, Dated December 23, 1986, et al., Appellants, and FINGER LAKES BOOK COMPANY et al., Respondents. [932 NYS2d 20]—

Present—Centra, J.P., Peradotto, Carni, Green and Gorski, JJ.